RICHARD F. OLPHERTS, Appellant, *v.* FRANK SULLIVAN SMITH, Respondent.

*Olpherts* v. *Smith,* 54 App. Div. 514, affirmed.
(Argued December 11, 1902; decided January 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1900, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Wayland E. Benjamin* for appellant.

*Frederic W. Frost* and *C. Walter Artz* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.

---

WILLIAM W. PRENTICE, Respondent, *v.* PALMER C. FARGO, Appellant.

*Prentice* v. *Fargo,* 53 App. Div. 608, affirmed.
(Argued December 11, 1902; decided January 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 3, 1900, reversing a judgment in favor of defendant entered upon a verdict and granting a new trial.

*Fletcher C. Peck* for appellant.

*E. E. Charles* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.